[No. 47015-9-I.  Division One.  August 20, 2001.]

DENNIS L. BURMAN, ET AL., *Appellants*, v. KELLER LADDERS, INC., ET AL., *Respondents*.

Appeal from a judgment of the Superior Court for Snohomish County, No. 98-2-03307-8, James H. Allendoerfer, J., entered June 27, 2000. *Affirmed* by unpublished opinion per Agid, C.J., concurred in by Coleman and Becker, JJ.

[No. 47066-3-I.  Division One.  August 20, 2001.]

HOWARD AYTAN STROMBERG, *Appellant*, v. AMERICAN ASSOCIATION OF RETIRED PERSONS, INC., ET AL., *Respondents*.

Appeal from judgments of the Superior Court for King County, No. 98-2-15082-3, Linda Lau, J., entered July 12 and 31, 2000. *Affirmed* by unpublished opinion per Coleman, J., concurred in by Agid, C.J., and Webster, J.

[No. 47107-4-I.  Division One.  August 20, 2001.]

THE STATE OF WASHINGTON, *Respondent*, v. TYREE A. BELLINGER, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 00-8-01619-2, Julie Spector, J., entered July 12, 2000. *Dismissed* by unpublished per curiam opinion.

[No. 47114-7-I.  Division One.  August 20, 2001.]

THE STATE OF WASHINGTON, *Respondent*, v. JOHN LEONARD SWEENEY, *Appellant*.

Appeal from a judgment of the Superior Court for King County, 00-1-02177-8, Ronald Kessler, J., entered July 20, 2000. *Affirmed* by unpublished per curiam opinion.